WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 000050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
*Attorneys for Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KERRI L. VAN HORN,<br><br>Plaintiff,<br><br>vs.<br><br>ACCTCORP OF SOUTHERN NEVADA, BANK OF AMERICA, N.A., CAPITAL ONE, FORD MOTOTR CREDIT COMPANY, LLC, OCWEN LOAN SERVICING, LLC, CITIBANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:15-cv-02345-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OCWEN TO FILE ITS RESPONSE TO THE COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Kerri Van Horn ("Van Horn" or "Plaintiff"), by and through her attorneys of record, Michael Kind, Esq. of the law firm Kazerouni Law Group, APC and David H. Krieger, Esq. of the law firm Haines & Kreiger, LLC, and Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Natalie C. Lehman, Esq. of the law firm Wright, Finlay & Zak, LLP, in order to discuss possible resolution of the matter, the parties agree to extend the deadline

///
///
///
///

for Ocwen to file its response to the Complaint, to **January 11, 2016.**

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 17th day of December, 2015.   DATED this 17th day of December, 2015.

**HAINES & KRIEGER, LLC**   **WRIGHT, FINLAY & ZAK, LLP**

*/s/ David H. Krieger, Esq._____*   */s/ Natalie C. Lehman, Esq._____*
David H. Krieger, Esq.(NV Bar 9086)   Dana Jonathon Nitz, Esq. (NV Bar 00050)
8985 S. Eastern Ave., Suite 350   Natalie C. Lehman, Esq.(NV Bar 12995)
Henderson, Nevada 89123   7785 W. Sahara Ave., Suite 200
Phone: (702) 880-5554   Las Vegas, Nevada 89117
Fax:    (702) 385-5518   Phone: (702) 475-7964
*Attorneys for Plaintiff, Kerri Van Horn*   Fax:    (702) 946-1345
   *Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**KAZEROUNI LAW GROUP, APC**

*/s/ Michael Kind, Esq._____*
Michael Kind, Esq.(NV Bar 13903)
7854 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Kerri Van Horn*

**ORDER**

IT IS SO ORDERED.

Dated this __21__ day of December, 2015.

_____
United States Magistrate Judge

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Natalie C. Lehman, Esq._____*
Natalie C. Lehman, Esq. (NV Bar 12995)
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*