DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Citibank National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KERRI L. VAN HORN,<br><br>          Plaintiff,<br><br>vs.<br><br>ACCTCORP OF SOUTHERN NEVADA; BANK OF AMERICA, N.A.; CAPITAL ONE; FORD MOTOR CREDIT COMPANY, LLC; OCWEN LOAN SERVICING, LLC; CITIBANK; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | Case No.: 2:15-cv-02345-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CITIBANK, N.A. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Citibank, N.A. (**Defendant**) thirty additional days from the date of entry of this order to file a responsive pleading to Plaintiff Kerri Van Horn's (**Plaintiff**) complaint filed on August 4, 2015. ECF No. 1. Pursuant to Stipulation of the parties, Defendant shall have until January 25, 2016 to file a responsive pleading. The parties enter into this stipulation in order to address current time constraints on defense counsel, and to provide additional time for the parties to reach settlement.

/ / /

{37031342;1}

1  This is the parties' first request for an extension.

2  DATED this 21st day of December, 2015.

3

| **KAZEROUNI LAW GROUP, APC** | **AKERMAN LLP** |
|---|---|
| /S/ *Michael Kind*<br>MICHAEL KIND, ESQ.<br>Nevada Bar No 13903<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br><br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV  89123<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Citibank, N.A.* |

**IT IS SO ORDERED:**

_____

RICHARD F. BOULWARE, II
United States District Judge

**DATED:** January 12, 2016.