DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Citibank National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KERRI L. VAN HORN,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCTCORP OF SOUTHERN NEVADA; BANK OF AMERICA, N.A.; CAPITAL ONE; FORD MOTOR CREDIT COMPANY, LLC; OCWEN LOAN SERVICING, LLC; CITIBANK; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 2:15-cv-02345-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CITIBANK, N.A. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Citibank, N.A. (**Defendant**) fourteen additional days from the date of entry of this order to file a responsive pleading to Plaintiff Kerri Van Horn's (**Plaintiff**) Amended Complaint filed on January 7, 2016. Doc. ECF No. 19. The parties previously stipulated to extend the response deadline Plaintiff's Complaint to January 25, 2016. ECF No. 15. Pursuant to Stipulation of the parties, Defendant shall have until February 9, 2016 to file a responsive pleading. The parties enter into this stipulation in order to provide additional time for the parties to confirm Experian notified Citibank regarding Plaintiff's dispute, and to explore settlement.

{37031342;1}

1   This is the parties' second request for an extension.

2   DATED this 25th day of January, 2016.

| **KAZEROUNI LAW GROUP, APC** | **AKERMAN LLP** |
|---|---|
| /S/ *Michael Kind* <br> MICHAEL KIND, ESQ. <br> Nevada Bar No 13903 <br> 7854 W. Sahara Avenue <br> Las Vegas, NV 89117 <br><br> DAVID H. KRIEGER, ESQ. <br> HAINES & KRIEGER, LLC <br> Nevada Bar No, 9086 <br> 8985 S. Eastern Avenue, Suite 130 <br> Las Vegas, NV  89123 <br><br> *Attorneys for Plaintiff* | /s/ *Matthew Knepper* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> MATTHEW I. KNEPPER <br> Nevada Bar No. 12796 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Citibank, N.A.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** January 26, 2016

{37031342;1}                     2