MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
WHITNEY L. WELCH, ESQ.
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
welchw@gtlaw.com

*Counsel for Defendant*
*Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KERRI L. VAN HORN,<br><br>Plaintiff,<br><br>v.<br><br>ACCTCORP OF SOUTHERN NEVADA, BANK OF AMERICA, N.A., FORD MOTOR CREDIT COMPANY, LLC, OCWEN LOAN SERVICING, LLC, CITIBANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:15-cv-02345-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kerri L. Van Horn, by and through her counsel of record, Kazerouni Law Group, APC, and Defendant Bank of America, N.A. ("BANA"), by and through its counsel of record, the law firm of Greenberg Traurig, LLP, that the deadline for BANA to file a response to Plaintiff's First Amended Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. [DOC 19] shall be extended from January 25, 2016 to February 8, 2016.

1

*ATL 21026089v2*

1  This request is made in good faith at this time and is not made simply to delay the

2  proceedings. No previous request for an extension of time for this deadline has been made.

3  DATED this 26th day of January, 2016.  DATED this 26th day of January, 2016.

4  GREENBERG TRAURIG, LLP  KAZEROUNI LAW GROUP, APC

*/s/ Whitney L. Welch, Esq.*  */s/ Michael Kind, Esq.*

By: _____  By: _____
MARK E. FERRARIO, ESQ.  MICHAEL KIND, ESQ.
Nevada Bar No. 1625  Nevada Bar No. 13903
WHITNEY L. WELCH, ESQ.  7854 W. Sahara Avenue
Nevada Bar No. 12129  Las Vegas, NV 89117
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, NV 89169  SARA F. KHOSROABADI, ESQ.
 Nevada Bar No. 13703
*Counsel for Defendant*  HYDE & SWIGART
*Bank of America, N.A.*  7854 W. Sahara Avenue
 Las Vegas, NV 89117

 DAVID H. KRIEGER, ESQ.
 Nevada Bar No. 9086
 HAINES & KRIEGER, LLC
 8985 S. Eastern Avenue, Suite 350
 Henderson, NV 89123

 *Counsel for Plaintiff*
 *Kerri L. Van Horn*

2

ATL 21026089v2

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Stipulation and Order to Extend Time to Respond to Plaintiff's First Amended Complaint is hereby **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that the deadline for Defendant Bank of America, N.A. to file a response to Plaintiff's First Amended Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. [DOC 19] shall be extended from January 25, 2016 to February 8, 2016.

**IT IS SO ORDERED** this 26th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

GREENBERG TAURIG, LLP

*/s/ Whitney L. Welch, Esq.*
By: _____
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
WHITNEY L. WELCH, ESQ.
Nevada Bar No. 12129
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, NV 89169

*Counsel for Defendant
Bank of America, N.A.*

ATL 21026089v2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on January 26, 2016, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [FIRST REQUEST]** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

DATED this 26th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　/s/ Shayna Noyce
　　　　　　　　　　　　　　　　　　　　An employee of Greenberg Traurig, LLP

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ATL 21026089v2