GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MATTHEW A. WALKER, ESQ.
Nevada Bar No. 13275
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
T. (702) 362-6666
F. (702) 362-2203
gschnitzer@ksjattorneys.com
mwalker@ksjattorneys.com
*Attorneys for Defendant,*
*FORD MOTOR CREDIT COMPANY, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KERRI L. VAN HORN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ACCTCORP OF SOUTHERN NEVADA, BANK OF AMERICA, N.A., CAPITAL ONE, FORD MOTOR CREDIT COMPANY, LLC, CITIBANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 2:15-cv-02345-RFB-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FORD MOTOR COMPANY, LLC TO FILE ITS REPLY IN SUPPORT OF ITS RENEWED MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

COMES NOW, Defendant Ford Motor Credit Company, LLC ("Defendant"), and Plaintiff Kerri L. Van Horn ("Plaintiff"), by and through their respective counsel, and hereby submit this Stipulation for Extension of Time for Defendant Ford Motor Credit Company, LLC to File Its Reply In Support Of Its Renewed Motion to Dismiss.

WHEREAS, this case was removed to this Court on December 9, 2015 (Dkt. #1);

WHEREAS, Defendant filed its Motion to Dismiss on December 21, 2015 (Dkt. #14);

WHEREAS, Plaintiff filed her Amended Complaint January 7, 2016 (Dkt. #19);

WHEREAS, Defendant filed its Renewed Motion to Dismiss on January 20, 2016 (Dkt.

#23);

WHEREAS, Plaintiff filed its Opposition to Defendant's Motion to Dismiss on February 5, 2016 (Dkt. #35);

WHEREAS, Defendant's current deadline to reply is February 15, 2015;

WHEREAS, the Parties have stipulated that Defendant shall have up to and including February 29, 2016, to file its reply;

WHEREAS, Defendant is in the process of obtaining the proper documents in order to address specific issues and arguments raised in Plaintiff's Amended Complaint and Opposition to Defendant's Renewed Motion to Dismiss. The facts contained in those documents will inform Defendant which legal arguments it may appropriately raise in its reply;

WHEREAS, this is Defendant's first request for an extension of this deadline.

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

(1) The current deadline, of February 15, 2016, to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss is hereby vacated;

///

///

///

///

(2) Defendant shall have up to and including February 29, 2016, to file its Reply In Support Of Its Renewed Motion to Dismiss.

**IT IS SO STIPULATED.**

DATED this 12th day of February, 2016.

| | |
|---|---|
| */s/ Michael Kind* | */s/ Matthew A. Walker* |
| Michael Kind | Gary E. Schnitzer, Esq. |
| Nevada Bar No. | Nevada Bar No. 395 |
| KAZEROUNI LAW GROUP | Matthew A. Walker |
| 7854 W. Sahara Ave. | Nevada Bar No. 13275 |
| Las Vegas, NV 89117 | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| *Attorneys for Plaintiff* | 8985 S. Eastern Ave., Ste. 200 |
| | Las Vegas, NV 89123 |
| | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

DATED this   15th   day of February, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge