Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara F. Khosroabadi, Esq. (SBN: 13703)
HYDE & SWIGART
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff, Kerri L. Van Horn*

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KERRI L. VAN HORN,<br><br>Plaintiff,<br>vs.<br><br>ACCTCORP OF SOUTHERN NEVADA, BANK OF AMERICA, N.A., CAPITAL ONE, FORD MOTOR CREDIT COMPANY, LLC, OCWEN LOAN SERVICING, LLC, CITIBANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:15-cv-02345-RFB-CWH<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A.** |

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

**NOTICE**

The dispute between Plaintiff Kerri L. Van Horn ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (jointly as the "Parties") has been resolved on an individual basis.

Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against BANA, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to BANA be vacated and that the Court set a deadline on or after July 25, 2016 for the Parties to file dismissal documents.

.

DATED this 25th day of May 2016.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

IT IS SO ORDERED:

5/31/2016

RICHARD F. BOULWARE, II
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 25, 2016, the foregoing NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117