Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KERRI L. VAN HORN,<br><br>Plaintiff,<br><br>v.<br><br>ACCTCORP OF SOUTHERN NEVADA, BANK OF AMERICA, N.A., CAPITAL ONE, FORD MOTOR CREDIT COMPANY, LLC, OCWEN LOAN SERVICING, LLC, CITIBANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:15-cv-02345-RFB-CWH<br><br>**JOINT MOTION TO DISMISS DEFENDANT FORD MOTOR CREDIT COMPANY, LLC** |

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Kerri L. Van Horn and Defendant Ford Motor Credit Company, LLC move this Court to dismiss with prejudice Plaintiff's claims against Ford Motor Credit Company, LLC only, in this case.   Each party will bear its own costs, disbursements, and attorney fees.

DATED this 24th day of June 2016.

KAZEROUNI LAW GROUP, APC

By:  /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorney for Plaintiff*

KRAVITZ, SCHNITZER & JOHNSON

By:  /s/  Gary E.Schnitzer
Gary E.Schnitzer, Esq.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendant Ford Motor Credit Company, LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: _June 24, 2016._____

1

**CERTIFICATE OF SERVICE**

2      I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil

3   Procedure that on June 24, 2016, the foregoing JOINT MOTION TO DISMISS

4   DEFENDANT FORD MOTOR CREDIT COMPANY, LLC was served via CM/

5   ECF to all parties appearing in this case.

6

7                        **KAZEROUNI LAW GROUP, APC**

8

9      By: /s/ Michael Kind
       Michael Kind

10      7854 W. Sahara Avenue
       Las Vegas, NV 89117

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28