Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KERRI L. VAN HORN,<br><br>          Plaintiff,<br><br>v.<br><br>ACCTCORP OF SOUTHERN NEVADA, BANK OF AMERICA, N.A., CAPITAL ONE, FORD MOTOR CREDIT COMPANY, LLC, OCWEN LOAN SERVICING, LLC, CITIBANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | Case No.: 2:15-cv-02345-RFB-CWH<br><br>**STIPULATION OF ~~JOINT MOTION TO~~ DISMISS DEFENDANT BANK OF AMERICA, N.A.** |

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Kerri
2  L. Van Horn ("Plaintiff") and Defendant Bank of America, N.A. move this Court to
3  dismiss with prejudice Plaintiff's claims against Bank of America, N.A. only, in this
4  case.  Each party will bear its own costs, disbursements, and attorney fees.

6  DATED this 25th day of July 2016.

8  KAZEROUNI LAW GROUP, APC

9  By: /s/ Michael Kind
10 Michael Kind, Esq.
   7854 W. Sahara Avenue
11 Las Vegas, NV 89117
12 *Attorney for Plaintiff*

13 GREENBERG TRAURIG

14 
15 By: /s/   Whitney Welch
   Mark E Ferrario, Esq.
16 Whitney Welch, Esq.
   3773 Howard Hughes Pkwy, Ste 400 North
17 Las Vegas, NV 89169
18 *Attorneys for Defendant Bank of America, N.A.*

19                               IT IS SO ORDERED:

21                               _____
22                               RICHARD F. BOULWARE, II
                                 United States District Judge
23                               DATED  this 16th day of November, 2016.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 25, 2016, the foregoing JOINT MOTION TO DISMISS DEFENDANT BANK OF AMERICA, N.A. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117